

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00235-CR

The **STATE** of Texas,
Appellant

v.

Gustavo **MARTINEZ**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. CC341867
The Honorable Michael La Hood, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, appellant's motion to dismiss the appeal is GRANTED, and this appeal is DISMISSED.

SIGNED August 13, 2014.

_____
Rebeca C. Martinez, Justice